UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

In the matter of: Civil Case Transfers to

**District Judge Raag Singhal**

1. *Caplan v. SUPERCUTS CORPORATE SHOPS, INC., et al.*, Case No: 19-cv-60020
2. *ME TECHNOLOGY, INC. v. OZ, et al.*, Case No: 19-cv-61907
3. *WALLACE v. FLORIDA COMMISSION ON OFFENDER REVIEW*, Case No: 19-cv-62010
4. *Cohan v. Rick Case Sunrise, LLC*, Case No: 19-cv-62162
5. *Covington Specialty Insurance Company v. Galicia Roofing and Pressure Cleaning, Inc., et al.*, Case No: 19-cv-62179
6. *Thompson v. Portfolio Recovery Associates, LLC*, Case No: 19-cv-62220
7. *Valuteachers, Inc. v. AXA Advisors, LLC*, Case No: 19-cv-62480
8. *Lucado v. Palma, et al.*, Case No: 19-cv-62592
9. *Savino v. Phillips & Cohen Associates, LTD*, Case No: 19-cv-62604
10. *Tuckman v. Wells Fargo Bank, N.A. et al*, Case No: 19-cv-62843
11. *Feliz v. NPAS, Inc.*, Case No: 19-cv-62765
12. *School Board of Broward County, Florida v. General Reinsurance Corporation*, Case No: 19-cv-62876
13. *Spreitzer v. Tony, et al.*, Case No: 19-cv-62920
14. *Warner v. Constant Contact, Inc.*, Case No: 19-cv-62756
15. *POWELL v. MARSHALL & GREGORY VIII, LLC*, Case No: 19-cv-63092

**ORDER OF REASSIGNMENT**

The above-styled cases have been selected by the Clerk of Court utilizing a random selection procedure to insure the fair and impartial reassignment of cases from the undersigned District Judge to the newly appointed **District Judge Raag Singhal**.

Prior to executing this Order, the undersigned has reviewed the files and has ruled upon all pending ripe motions that have not been referred to the paired Magistrate Judge, and which are fully briefed, in accordance with the policy established by the Judges of the Southern District

of Florida (See Internal Operating Procedures, Section 2.05.03 -2.05.04). It is hereby:

ORDERED that the above-styled actions are hereby REASSIGNED to the calendar of the **Honorable Raag Singhal** as of January 7, 2020 for all further proceedings. It is further

ORDERED that all currently pending hearings set before the undersigned Judge are hereby TERMINATED and are to be rescheduled by **District Judge Raag Singhal**. It is further

ORDERED all deadlines will REMAIN IN EFFECT unless altered by **District Judge Raag Singhal**. It is further

ORDERED that all papers hereafter filed shall bear the assigned case number followed by the initials **AHS** in lieu of the present initials.

DONE and ORDERED at Miami, Florida, in chambers this 7 day of January 2020.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

c: All counsel of record/pro se parties